Johnson v. United States Of America　　　　　　　　　　　　　　　　　　　　　　　　Doc. 4

```
                                                      CLERK'S OFFICE U.S. DIST. COURT
                                                           AT ROANOKE, VA
                                                                FILED

                                                            JUN 27 2007
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: /s/
　　DEPUTY CLERK

| | | |
|---|---|---|
| LEONARD C. JOHNSON, 18092-056, | ) | |
| 　　　Petitioner, | ) | Civil Action No. 7:07-cv-00316 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Glen E. Conrad |
| 　　　Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is hereby **DENIED** and **DISMISSED**. The action is hereby stricken from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 26th day of June, 2007.

　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　United States District Judge

Dockets.Justia.com